IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                          NO. 4:10CR00286-05 JLH

QUANTERRIOUS CAMPBELL                                               DEFENDANT

## ORDER

Pending before the Court is defendant Quanterrious Campbell's Motion to Continue the change of plea hearing currently scheduled for December 9, 2011. Without objection, the motion is GRANTED. Document #125.

The change of plea hearing for defendant Quanterrious Campbell is hereby rescheduled for *MONDAY, DECEMBER 19, 2011, at 9:15 A.M.,* in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 30th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE